IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01622-REB-MEH

BRANDON MARTEL EVANS,

    Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER
---

    This matter is before the Court *sua sponte*.

    It is hereby ORDERED that on or before March 6, 2009, the Clerk of the Court, Arapahoe County District Court, Colorado, shall provide to this Court the original written record of case no. 04 CR 1750, *People v. Evans*.

    It is further ORDERED that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Court, Arapahoe County District Court by facsimile to (303) 792-2401 and by regular mail to Clerk of the Court, Arapahoe County District Court, 7325 S. Potomac Street, Centennial, Colorado, 80112.

    Dated this 3rd day of February, 2009, in Denver, Colorado.

                                BY THE COURT:

                                s/ Michael E. Hegarty
                                Michael E. Hegarty
                                United States Magistrate Judge