```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 3 2013

JEFFREY P. COLWELL
                CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 08-cv-01622 REB-MEH

BRANDON MARTEL EVANS

    Applicant,

vs.

STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

On careful examination of the record, it appears that the disposition of the above captioned case is now final.

**THEREFORE, IT IS ORDERED** that the Clerk shall return the State Court Record.

Dated January 3, 2013, at Denver, Colorado.

                BY THE COURT:

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01622 REB-MEH

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Brandon Martel Evans
# 127777
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Alex Reinhardt - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

John Tien Yau Lee - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  1/3/2013 .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
    Deputy Clerk