**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 3 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

CIVIL ACTION NO. 08-cv-01622 REB-MEH

BRANDON MARTEL EVANS

    Applicant,

vs.

STEVE HARTLEY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

    On careful examination of the record, it appears that the disposition of the above captioned case is now final.

    **THEREFORE, IT IS ORDERED** that the Clerk shall return the State Court Record.

    Dated January 3, 2013, at Denver, Colorado.

                      BY THE COURT:

                      */s/ Bob Blackburn*
                      Robert E. Blackburn
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01622 REB-MEH

Arapahoe County District Court
Arapahoe County Justice Center
7325 S. Potomac St.
Centennial, CO 80112

Brandon Martel Evans
# 127777
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

Alex Reinhardt - Colorado Attorney General's Office - Appellate Section
**DELIVERED ELECTRONICALLY**

John Tien Yau Lee - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __1/3/2013__ .


JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
      Deputy Clerk